JOSEPH L. GROSS and Another, Appellants, v. BERNARD KEMPINSKI, as President of the Window Cleaners Protective Union, Local No. 2, a Voluntary Unincorporated Association, Composed of More Than Seven Members, Respondent.— Order reversed, with ten dollars costs and disbursements, and matter referred to Hon. John M. Tierney, official referee, to hear and report to Special Term. Final disposition of motion to await coming in of report. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FEROLINE WOODWELL KENNARD, Respondent, v. WILHELM PARRA KENNARD, Appellant.— Order modified by reducing amount of counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MINNIE FOSTER, Respondent, v. INTERNATIONAL MERCHANDISING SYNDICATE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LENA ROSENTHAL, Respondent, v. ANNA M. KEENAN and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied without prejudice to the commencement of a new action. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Trustee, etc., Respondent, v. 100 WEST 55TH STREET, INC., and Others, Defendants. GRACE W. COUGHLAN, Defendant, and GEORGE R. COUGHLAN, a Party Joined in Motion but Not a Defendant, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY KROGER and Others, Appellants, v. HUGO JABURG, JR., Also Known as HUGO F. JABURG, and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted in toto, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents.

HUDSON RIVER NAVIGATION CORPORATION, Respondent, v. MERCURY MANUFACTURING COMPANY, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH HUGHES, Respondent, v. CHARLES WALZER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY VILLAUME, Respondent, v. JULIUS NELSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.